SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0120 MAG |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER FOR SUMMONS** |
| CHERA JANINE HOUSTON, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Brigid S. Martin, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Chera Janine Houston, 15375 Tropico Court #24, San Leandro, California, 94579, to appear on April 23, 2007 at 9:30 am before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: ___March 13, 2007_____

_____
Joseph
United

Judge Joseph C. Spero

ORDER FOR SUMMONS
Case No. CR 07-0120 MAG