| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | |
| | MARK L. KROTOSKI (CASBN 138549) |
| 3 | Chief, Criminal Division |
| 4 | BRIGID S. MARTIN (CASBN 231705) |
| | Special Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7129 |
| 7 | Facsimile: (415) 436-7234 |
| | Email: brigid.martin2@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0120 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER EXCLUDING TIME UNDER THE |
| v. | ) | SPEEDY TRIAL ACT |
| | ) | |
| CHERA JANINE HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States and defendant Chera Janine Houston stipulate to exclusion of time under the Speedy Trial Act from April 23, 2007 to May 23, 2007, as follows:

1. On April 23, 2007, the parties made an initial appearance before the Magistrate Judge.

2. At this appearance, the defendant requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 23, 2007 to May 23, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the parties agree that the ends of justice served by excluding the

SPEEDY TRIAL ACT STIP.
CR 07-0120 MAG

1  period from April 23, 2007 to May 23, 2007, outweigh the best interest of the public and the
2  defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3     3. A proposed Order is submitted with this stipulation.

5  DATED: April 23, 2007      Respectfully submitted,

6                SCOTT N. SCHOOLS
              United States Attorney

8                /s/ Brigid S. Martin
              BRIGID S. MARTIN
9                Special Assistant United States Attorney

11  /s/ Ron Tyler
 RON TYLER
12  Assistant Federal Public Defender
 Counsel for Chera Houston
13  Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
CR 07-0120 MAG         2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0120 MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| CHERA JANINE HOUSTON, | |
| Defendant. | |

Based upon the Stipulation of defendant Chera Janine Houston and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 23, 2007 to May 23, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 4/24/07

EDWARD M. CHEN
United States Magistrate Judge