BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HOUSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHERA JANINE HOUSTON,<br><br>　　　　　Defendant. | No. CR 07-00120 EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING** |

　　　　The parties agree to continue the sentencing hearing in the above-captioned matter from December 19, 2007 until January 23, 2008. The reason for the continuance is that counsel for Ms. Houston will be on annual leave on the date presently set.

　　　　All counsel and the probation officer are available on the requested date.

　　　　It is so stipulated.

Dated:   December 4, 2007　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　RONALD C. TYLER
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Dated:   December 4, 2007　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　TAREK J. HELOU
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for December 19, 2007 at 9:30 a.m., shall be continued to January 23, 2008. at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: _____December 5, 2007_____



HONORABLE _____ CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION TO CONTINUE
HEARING; *U.S. v. Chera Houston*
*No. CR 07-00120 EMC*                    2